# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOSHUA WAYNE HESTER | **WARRANT FOR ARREST**<br><br>CASE NUMBER: 2:06mj72-DRB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Joshua Wayne Hester__
                                                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

on or about the 12th day of June, 2006, the defendant did use, persuade, induce and entice a minor to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, and these visual depictions were produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, including computer;

in violation of Title __18__ United States Code, Section(s) __2251(a)__

| | |
|---|---|
| DELORES R. BOYD<br>Name of Issuing Officer<br><br>_/s/ Delores R. Boyd_<br>Signature of Issuing Officer<br><br>(By) Deputy Clerk | UNITED STATES MAGISTRATE JUDGE<br>Title of Issuing Officer<br><br>July 24, 2006   Montgomery, Alabama<br>Date and Location |

Bail fixed at $_____ by_____
                                                          Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest