**COURTROOM DEPUTY'S MINUTES** 
**MIDDLE DISTRICT OF ALABAMA**

☐ INITIAL APPEARANCE      DATE: 8/2/2006
☐ BOND HEARING
☑ DETENTION HEARING      Digital Recording 3:09 to 4:15 pm
☑ PRELIMINARY (EXAMINATION) (HEARING)      4:41 – 6:41 pm
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

PRESIDING MAG. JUDGE: Delores Boyd    DEPUTY CLERK: sql
CASE NO. 2:06mj72-DRB    DEFT. NAME: Joshua Wayne HESTER
AUSA: Cooke    DEFT. ATTY: Steve Glassroth
Type Counsel: (Retained) ( ) Panel CJA; ( ) Waived; ( ) CDO

PTSO: Martin
USPO:

Defendant _____ does __✓__ does NOT need an interpreter
Interpreter present __✓__ NO _____ YES  Name: _____

---

☑ Date of Arrest 8-1-06 or ☐ Arrest Rule 40
☐ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
☐ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed – prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
    ☐ Government's WRITTEN motion for Detention Hearing filed
☑ Detention Hearing ☑held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ✓ ORDER OF DETENTION PENDING TRIAL entered
☑ ✓ Release order entered. Deft advised of conditions of release
☑ BOND EXECUTED (M/D AL charges) $25,000. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ ✓ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☑ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for _____
    DISCOVERY DISCLOSURE DATE: _____
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed

| AO 432 (Rev. 2/84) | Administrative Office of the United States Courts | | | | |
|---|---|---|---|---|---|
| | **WITNESS AND EXHIBIT RECORD** | | | | |

| DATE 8/2/2006 | CASE NUMBER 2:06mj72-DRB | OPERATOR S. Q. Long, Jr., Courtroom Deputy | | PAGE NUMBER 1 | |
|---|---|---|---|---|---|
| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| Johnny Russell | Cooke | Glassroth | Cooke | — | DRB |
| Tamara Martin | " | " | — | — | " |
| Allen Burch | Glassroth | Cooke | Glassroth | — | " |
| Windy Irwin | " | " | — | — | " |
| Aaron Tracey | " | " | — | — | " |
| Nessie Wood | " | " | — | — | " |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| 1 | 6-22-05 Letter | 8-2-06 | Yes |