IN THE DISTRICT COURT OF THE UNITED SATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| v.  * | CASE NO. 2:06-mj-72-MEF |
| * | |
| **JOSHUA WAYNE HESTER** * | |
| * | |

### MOTION TO CONTINUE HEARING

Joshua Wayne Hester, by undersigned counsel, moves the Court for the entry of an order continuing the hearing scheduled in the above-referenced matter on the government's appeal of the release order entered by the United States Magistrate Judge. In support of the motion, the following is shown to the Court:

1. Late on the afternoon of August 4, 2006, the Court entered an order modifying the release order entered in the case by the Magistrate Judge by adding a provision directing that. Mr. Hester be under electronic monitoring and home detention as additional conditions for his pretrial release.[1] In that same order, the Court set a hearing on the government's Notice of Appeal of the release order for Friday, August 11, 2006, beginning at 10:00 a.m.

2. Counsel for Mr. Hester has a conflict with the scheduling of that hearing on that date because counsel has a previously set hearing on another matter in the Circuit Court of Montgomery County. A hearing on the accused's Motion to Suppress in the case styled *State of Alabama vs. Russell Taylor Booth,* CC-05-1688-PR, a murder prosecution, was scheduled prior to the Court

---

[1] The Magistrate Judge did not include these provisions in her prerelease order and the government, in its Notice of Appeal, included as an exhibit a fairly recent amendment to 18 U.S.C. § 3142 which mandated electronic monitoring in cases involving offenses of the kind with which Mr. Hester is charged. The government did not bring this provision to the attention of either defense counsel or the Magistrate Judge at the detention hearing.

setting the hearing in Mr. Hester's matter. In addition, counsel has made plans with his wife to go out-of-state following the conclusion of the hearing to be held in that case.

3. The *State v. Booth* trial is scheduled to begin on September 11, 2006, so the hearing on the pending motion to suppress needs to be conducted promptly as that case is firm for trial.

4. Counsel for Mr. Hester is available anytime during the week of August 14, 2006, for a hearing on the government's motion, if that is convenient for the Court, with the exception of the morning of Wednesday, August 16, 2006, at which time counsel has a follow-up appointment with one of his eye specialists.

WHEREFORE, Mr. Hester prays the Court will consider the matter set forth herein and, after due consideration, enter its order continuing the hearing on the hearing on the Notice of Appeal of the release order entered in the case to such later date as the Court deems appropriate.

RESPECTFULLY SUBMITTED this the 7th day of August, 2006.

s/Stephen R. Glassroth
**STEPHEN R. GLASSROTH (GLA005)**
Attorney for the defendant
THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax
srg@glassrothlaw.com

OF COUNSEL:

THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax