FILED
AUG 15 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) CR. NO. | 2:06CR193-WKW |
| | ) | [18 USC § 2251(a); |
| | ) | 18 USC §2252A(a)(5)(B)] |
| JOSHUA WAYNE HESTER | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about January 17, 2005, the exact date being unknown to the Grand Jury, in Elmore County, within the Middle District of Alabama,

**JOSHUA WAYNE HESTER,**

the defendant, did employ, use, persuade, induce, entice and coerce Jane Doe #1, a minor, to engage in sexually explicit conduct, including but not limited to lascivious exhibition of the genitals, and sexual intercourse, for the purpose of producing visual depictions of such conduct, and these visual depictions were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including computer. All in violation of Title 18, United States Code, Section 2251(a).

## COUNT 2

On or about May 1, 2005, the exact date being unknown to the Grand Jury, in Elmore County, within the Middle District of Alabama,

**JOSHUA WAYNE HESTER,**

the defendant, did employ, use, persuade, induce, entice and coerce Jane Doe #2, a minor, to engage in sexually explicit conduct, including but not limited to lascivious exhibition of the genitals, and

sexual intercourse, for the purpose of producing visual depictions of such conduct, and these visual depictions were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including computer. All in violation of Title 18, United States Code, Section 2251(a).

## COUNT 3

On or about June 12, 2005, the exact date being unknown to the Grand Jury, in Elmore County, within the Middle District of Alabama,

JOSHUA WAYNE HESTER,

the defendant, did knowingly possess any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, or shipped, and transported in interstate and foreign commerce by any means, including computer, to wit: the defendant possessed images of Jane Doe #2 and Jane Doe #1 that depicted a lascivious exhibition of the genitals, and sexual intercourse. All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL:

*Janice Davis Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*K. David Cooke*
K. David Cooke, Jr.
Assistant United States Attorney