AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

_____MIDDLE_____   DISTRICT OF   _____ALABAMA_____

| UNITED STATES OF AMERICA<br>V.<br><br>JOSHUA WAYNE HESTER<br>2821 Branchway Road<br>Millbrook, AL  36054<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    2:06cr193-WKW |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>Frank M. Johnson, Jr. Federal Courthouse Annex<br>One Church Street<br>Montgomery, AL 36104<br>Before:     Hon. Charles S. Coody | Room<br>4-B |
|---|---|
| | Date and Time<br>August 30, 206 at 10:00 a.m. |

To answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

Charging you with a violation of Title _____18_____ United States Code, Section(s)   2251(a),   2252(a)(5)(B)

Brief description of offense:

Child Pornography


*Debra P. Hackett*
Name and Title of Issuing Officer

BY: [signature]
Signature of Issuing Officer

August 16, 2006
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE ||
|---|---|
| Service was made by me on:[1] | Date |
| Check one box below to indicate appropriate method of service ||
| ☐  Served personally upon the defendant at: ||
| ☐  Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: ||
| ☐  Returned unexecuted: ||

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____        _____
　　　　　　　　　Date　　　　　　　　　　　　　　　Name of United States Marshal

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.