**COURTROOM DEPUTY MINUTES**  **DATE:** AUGUST 30, 2006
**MIDDLE DISTRICT OF ALABAMA**
                                          **DIGITAL RECORDING:** 11:01 - 11:05

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ☐ ARRAIGNMENT
- ✓ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06-CR-193-WKW-CSC**    DEFT. NAME: **JOSHUA W. HESTER**

USA: **A. CLARK MORRIS**    ATTY: **STEPHEN P. GLASSROTH**

Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: _____

Defendant ____does ✓ does NOT need an interpreter; NAME: _____

- ☐ Kars.        Date of Arrest _____ or  ☐ Rule 5 Arrest
- ✓ Kia.         Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.      Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted     **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- ☐ 20appt.      Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ☐              Deft. Advises he will retain counsel. Has retained _____
- ☐              Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐              Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐              **DETENTION HRG** ☐ held; ☐ Set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.       **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.        ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
                 ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)     Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.          Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.     Identity/Removal Hearing ☐ set for _____ ; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.      Waiver of Preliminary hearing;
- ☐              Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr.       **ARRAIGNMENT** SET FOR: _____    ✓ **HELD**. Plea of **NOT GUILTY** entered.
                 ✓ Trial Term **10/16/06** ;  ☐ **PRETRIAL CONFERENCE DATE:** _____
                 ✓ **DISCOVERY DISCLOSURES DATE:** **9/6/06**
- ☐ Krmknn.      **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ Kwvspt       **Waiver of Speedy Trial Act Rights Executed.**