# United States District Court

for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Joshua Wayne Hester                                             Case Number: 2:06CR193-WKW

Name of Releasing Judicial Officer: Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: August 2, 2006

Original Offense: Enticement of a Minor to Engage in Sexually Explicit Conduct

Type of Release: $25,000 Unsecured Appearance Bond

Date of Next Court Appearance: Arraignment on August 30, 2006

Conditions of Release: Avoid any contact with victims or witnesses, No access to cameras or computers, Mental Evaluation within 30 days of release and No unsupervised contact with person under the age of 18.

Assistant U.S. Attorney: David Cooke                                    Defense Attorney: Stephen Glassroth

## PETITIONING THE COURT

[X]   To issue a warrant
[]    To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1, **(condition 7v), "The defendant shall not use, acquire or otherwise have access to any camera including cell phone cameras, or to any computer of any character, including laptops, PDA, Blackberry, or any other electronic device that can be used to capture, view, download, transmit pictures or video images of any kind."** | On August 23, 2006, FBI agents executed a search warrant at Hester's residence located at 2821 Branchway Road, Millbrook, Alabama. During the search it was determined that a gun safe was open and not locked which gave Hester access to his mother's computer. In addition, a cell phone was taken from the defendant's possession. The cell phone had the capability to download pictures and contained photographic images. |

Supervision history of defendant and actions taken by officer: In addition to the above violation, other items were seized from Hester's residence. These items include a back pack containing his wallet, checkbook, black gloves, binoculars, condoms, magazines, and recently developed photographs of females that appear to be under the age of 18. Some of these photos were taken in the defendant's room and the females in the photographs were partially dressed or covered by bed sheets.

PS 12C
(8/03)

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
      [X]   revoked.

[ ]   The conditions of supervision should be modified as follows:

                                        Respectfully submitted,

by

Kevin Poole
U.S. Probation Officer
August 30, 2006

Reviewed and approved: _____
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date