IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 2:06cr193-MEF |
| ) | |
| JOSHUA WAYNE HESTER ) | |

### ACCUSED'S UNOPPOSED MOTION TO CONTINUE TRIAL

Comes now Joshua Wayne Hester, by undersigned counsel, who moves the Court, without opposition from the government, for the entry of an order continuing the trial of this case from the trial term beginning October 24, 2006. In support of his motion, the following is shown to the Court:

1. By previous order, the trial of Mr. Hester's case was scheduled for the jury term beginning on October 24, 2006.

2. Mr. Hester is currently confined in the Elmore County Detention Facility because the court in his parallel state court proceedings issued an order revoking his release on bond and, after the entry of that order, the United States Probation Officer responsible for electronic monitoring retrieved the monitoring device from Mr. Hester's mother's home.

3. Counsel for the government and counsel for Mr. Hester have been involved in good faith discussions for awhile aimed at resolving the matter without the need for trial. Much progress has been made, however, further discussions are required before a final determination is capable of being made that the matter may be resolved in a manner which would obviate the need for trial.

4. After Mr. Hester was arraigned on the charges contained in the indictment returned in the instant case, further discovery was generated in the government's investigation of the case which was ongoing. Given the additional discovery that has been generated since Mr. Hester was arraigned, additional time has been needed to evaluate such material, whether the case is to go forward for trial, or, as seems more likely, ultimately be resolved by means of a plea agreement. Regardless of the means of final resolution, more time is required for both proper preparation and additional discussions aimed at reaching a resolution which will not require a trial.

5. Undersigned counsel, in the course of the discussions aimed at resolving this matter, has discussed the issue of a continuance with Mr. K. David Cooke, Jr., counsel for the government in this matter, who informed undersigned counsel that the United Sates had absolutely no opposition to the Court granting the relief sought and continuing the trial, and authorized undersigned counsel to inform the Court of the government's position on this motion.

6. Mr. Hester's waiver of his right to speedy trial will be filed with the Court not later than October 17, 2006.

WHEREFORE, Mr. Hester prays the Court will consider the matter set forth herein and, after due consideration, grant the relief sought and enter an order continuing the trial from the October 24, 2006, term to such later trial term as the Court deems appropriate.

Respectfully submitted,

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for Joshua Wayne Hester
AL Bar Code: GLA005
The Glassroth Law Firm, P.C.

          Post Office Box 910
          Montgomery, Alabama 36101-0910
          Phone (334) 263-9900
          Fax (334) 263-9940
          E-mail srg@glassrothlaw.com

## **CERTIFICATE OF SERVICE**

_____I hereby certify that on October 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

          s/Stephen R. Glassroth
          STEPHEN R. GLASSROTH
          Counsel for Joshua Wayne Hester
          AL Bar Code: GLA005
          The Glassroth Law Firm, P.C.
          Post Office Box 910
          Montgomery, Alabama 36101-0910
          Phone (334) 263-9900
          Fax (334) 263-9940
          E-mail srg@glassrothlaw.com