IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 OCT 17 P 2: 15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 2:06cr193-MEF |
| ) | |
| JOSHUA WAYNE HESTER ) | |

## ACCUSED'S WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned, Joshua Wayne Hester, after first being advised of his right to a speedy trial guaranteed by the Sixth Amendment to the United States Constitution, as well as the statutory right codified at 18 U.S.C. § 3161, hereby waives his right to a speedy trial for the trial term scheduled to begin October 24, 2006, and consents to the Court setting the case for trial for such new trial term as the Court determines to be appropriate.

_____
JOSHUA WAYNE HESTER