| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** NOVEMBER 13, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:** 1:10 p.m. to 1:11 p.m. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY          **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR193-MEF-CSC          **DEFENDANT NAME:** JOSHUA W. HESTER

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. KARL DAVID COOKE, JR. | ATTY. STEPHEN GLASSROTH |

√    **DISCOVERY STATUS:** Complete.

√    **PENDING MOTION STATUS:** NONE

√    **PLEA STATUS:** Possible Plea.

√    **TRIAL STATUS:** Will take 3-4 days to try case if goes to trial.

√    **REMARKS:** Will set plea hrg. for 11/20/06 at 2:00 p.m.