IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 2:06cr193-MEF |
| ) | |
| JOSHUA WAYNE HESTER ) | |

### JOSHUA WAYNE HESTER'S NOTICE OF INTENT TO CHANGE PLEA

Comes now Joshua Wayne Hester, by undersigned counsel, who hereby gives notice of his intent to change his plea in the above-entitled cause from not guilty to guilty.

 

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for Joshua Wayne Hester
AL Bar Code: GLA005
The Glassroth Law Firm, P.C.
Post Office Box 910
Montgomery, Alabama 36101-0910
Phone (334) 263-9900
Fax (334) 263-9940
E-mail srg@glassrothlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

                                                          s/Stephen R. Glassroth
                                                          STEPHEN R. GLASSROTH
                                                          Counsel for Joshua Wayne Hester
                                                          AL Bar Code: GLA005
                                                          The Glassroth Law Firm, P.C.
                                                          Post Office Box 910
                                                          Montgomery, Alabama 36101-0910
                                                          Phone (334) 263-9900
                                                          Fax (334) 263-9940
                                                          E-mail srg@glassrothlaw.com