IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:06CR193-MEF |
| | ) | |
| JOSHUA HESTER | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE SHERIFF AND/OR KEEPER OF   ELMORE COUNTY JAIL
                                  WETUMPKA , ALABAMA

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR
ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

    We command you, that you have the body of _____ **JOSHUA HESTER** _____,

a prisoner in your institution and under your control, as it is said, under safe and secure conduct,

to appear before the United States District Court for the Middle District of Alabama, at the

courtroom of said court, in the city of MONTGOMERY on **November 20, 2006, at 2:00 P.M.**,

to answer charges pending in said court and for such other proceedings as may appear proper to

the court; and thereafter, that you return the said defendant to the above-named institution under

safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the 15th day of November, 2006.

                        DEBRA P. HACKETT, CLERK
                        UNITED STATES DISTRICT COURT
                        MIDDLE DISTRICT OF ALABAMA

                        BY:  _Kelli Gregg_
                             Deputy Clerk