IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) CR. NO. 2:06cr193-MEF |
| | ) [18 USC § 2251(a)] |
| JOSHUA WAYNE HESTER | ) | |
| | ) INFORMATION | |

The Grand Jury charges:

## COUNT 1

Between on or about January 17, 2005, and on or about May 1, 2005, the exact dates being

unknown, in Elmore County, within the Middle District of Alabama,

JOSHUA WAYNE HESTER,

the defendant, did employ, use, persuade, induce, entice and coerce Jane Doe #1, a minor, and Jane

Doe #2, a minor, to engage in sexually explicit conduct, including but not limited to lascivious

exhibition of the genitals, and sexual intercourse, for the purpose of producing visual depictions of

such conduct, and these visual depictions were produced using materials that had been mailed,

shipped, and transported in interstate and foreign commerce by any means, including computer. All

in violation of Title 18, United States Code, Section 2251(a).

LEURA G. CANARY
UNITED STATES ATTORNEY

Andrew O. Schiff
Assistant United States Attorney