# United States District Court

__MIDDLE__ _____ DISTRICT OF _____ __ALABAMA__

UNITED STATES OF AMERICA

v.

JOSHUA WAYNE HESTER

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 2:06cr193-MEF

I, __Joshua Wayne Hester_____, the above named defendant, who is accused of

VIOLATION OF TITLE 18 USC § 2251(a),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on___11 20 06_____ prosecution by indictment and consent that the
         *Date*

proceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
        *Judicial Officer*