COURTROOM DEPUTY MINUTES  DATE: NOVEMBER 20, 2006   FTR RECORDING: 2:16 – 2:33
MIDDLE DISTRICT OF ALABAMA   COURT REPORTER: Mitchell Reisner

- ❏ ARRAIGNMENT
- ✓ CHANGE OF PLEA
- ❏ CONSENT PLEA
- ❏ RULE 44(c) HEARING
- ❏ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: **CHARLES S. COODY** | DEPUTY CLERK: **WANDA STINSON** |
| CASE NUMBER: **2:06CR193-MEF-CSC** | DEFENDANT NAME: **JOSHUA WAYNE HESTER** |
| AUSA: **TERRY MOORER** | DEFENDANT ATTY: **STEPHEN P. GLASSROTH** |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO |
| USPTS/USPO: | |

Defendant ___ does ✓ does NOT need and interpreter. Name: _____

- ❏ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
- ❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ❏ **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.
- ✓ **WAIVER OF INDICTMENT** executed and filed.
- ✓ **FELONY INFORMATION** filed.
- ❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ❏ Not Guilty ❏ Nol Contendere ❏ Not Guilty by reason of insanity
✓ Guilty as to: ✓ Count(s) __1__ of the **Felony Information.**
❏ Count(s) _____ ❏ dismissed on oral motion of USA;
❏ To be dismissed at sentencing.

- ✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ❏ No Plea Agreement entered  ✓ Written plea agreement filed.  ❏ **ORDERED SEALED.**
- ✓ **ORAL ORDER** Adjudicating defendant guilty.
- ❏ **ORDER:** Defendant Continued  ❏ Same Conditions/Bond imposed by Mag. Judge;
  ❏ Released on Bond & Conditions of Release for:   ❏ Trial on _____;
  ❏ Sentencing on _____;  ❏ to be set by Separate Order
- ✓ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
  ❏ Trial on _____; or ✓ Sentencing on _____ ✓ Set by separate Order.