IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CR. NO.  2:06cr193 |
| JOSHUA WAYNE HESTER | § | |

### UNITED STATES' MOTION FOR REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level Defendant's offense level pursuant to U.S.S.G. § 3E1.1(b), based on Defendant's acceptance of responsibility.  As grounds for this Motion, the United States avers as follows:

1. An information was filed against the Defendant on November 17, 2006.

2. The Defendant notified the United States of Defendant's intent to plead guilty in sufficient time to qualify for an additional one point offense level reduction under 3E1.1(b).  The Defendant pled guilty to the information on November 20, 2006.

3. Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility such that the total reduction in offense level for Defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this motion be GRANTED.

Respectfully submitted this the 24th day of January, 2007.

                                            LEURA GARRETT CANARY
                                            UNITED STATES ATTORNEY

                                            /s/Andrew O. Schiff
                                            ANDREW O. SCHIFF
                                            One Court Square, Suite 201
                                            Montgomery, AL 36104
                                            Phone: (334) 223-7280
                                            Fax: (334) 223-7135
                                            E-mail: andrew.schiff@usdoj.gov
                                            ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CR. NO. 2:06cr193 |
| | § | |
| JOSHUA WAYNE HESTER | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Stephen Roger Glassroth.

Respectfully submitted,

/s/Andrew O. Schiff
ANDREW O. SCHIFF
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov
ASB4152 W86T