IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO.  2:06cr193-MEF |
| | ) | |
| JOSHUA WAYNE HESTER | ) | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now Joshua Wayne Hester, by undersigned counsel, who moves the Court for the entry of an order continuing the sentencing in this cause for a period of 45 days.  In support of the motion, the following is shown to the Court:

1.   By prior order, the Court scheduled the sentencing in this cause for March 15, 2007, commencing at 9:00 a.m.

2.   As the Court may be aware, Mr. Hester is also facing parallel state charges in the Circuit Court of Elmore County which arise out of the same nucleus of facts as that comprising this prosecution.

3.   It is counsel's considered belief that the interests of society-at-large and Mr. Hester would be much better served if he were able to be incarcerated in a facility operated by the United States Bureau of Prisons (BOP) than by the State of Alabama for service of his sentence.  Before undersigned counsel left Alabama for Macon, Georgia, he served as a Commissioner on the Alabama Sentencing Commission for 5 years and he is aware of the dearth of programmatic opportunities which would be available to Mr. Hester during the duration of his incarceration. However, in order to make sure that Mr. Hester will serve his sentence in a BOP facility, it is

imperative that any federal sentence be imposed after the imposition of any state sentence. This is so because of BOP and/or the Marshal's Service policies.[1]

4.   Counsel has been in discussions with the Assistant District Attorney in Elmore County who is representing the State of Alabama in Mr. Hester's case about arriving at a negotiated plea agreement that will ultimately result in a sentence that will run concurrently with any federal sentence that will be imposed. Counsel is encouraged that such a resolution will be possible, however, more time is needed to arrive at the appropriate result.

5.   Counsel reasonably believes that with an additional 45 days, the parallel state charges are capable of being resolved in a manner that will enable the service of concurrent sentences in an appropriate federal facility.

6.   Counsel has discussed this matter in depth with Mr. Andrew Schiff, the Assistant United States attorney representing the government in this matter. Mr. Schiff is fully aware of this matter and is unopposed to the Court granting the relief sought in this motion. In addition, Mr. Schiff has authorized undersigned counsel to inform the Court of the government's lack of opposition to this motion.

7.   There will be no prejudice suffered should the Court grant the relief sought in this motion and continue the sentencing since Mr. Hester is confined at the Montgomery City Jail, and has been since the entry of his guilty plea in this cause.

WHEREFORE, the premises considered, Mr. Hester prays the Court will consider the matter set forth herein and, after due consideration, determine that the relief sought herein should be granted and will enter its order directing that the sentencing in this cause be continued so that

---

[1]   Counsel has previously consulted with Mr. Kevin Butler, First Assistant with the Federal Defender Program of the Middle District of Alabama, Inc. about the issue of placement after the sentencing of those with parallel state and federal charges and the sequencing of the sentencing is critical.

counsel for Mr. Hester may continue to work on the resolution of the parallel state court charges and further order that sentencing be re-scheduled until such later date as the Court deems appropriate.

Respectfully submitted,

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for Joshua Wayne Hester
AL Bar Code: GLA005
Post Office Box 996
Macon, Georgia 31202-0996
Phone (478)743-4747
Fax (478) 743-4749
E-mail sglassroth@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for Joshua Wayne Hester
AL Bar Code: GLA005
Post Office Box 996
Macon, Georgia 31202-0996
Phone (478)743-4747
Fax (478) 743-4749
E-mail sglassroth@gmail.com