IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-193-MEF |
| | ) | |
| JOSHUA WAYNE HESTER | ) | |

## **O R D E R**

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing (Doc. #48) filed on February 12, 2007, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set for February 15, 2007 is continued to April 6, 2007 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 14th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE