IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 2:06cr193-MEF-CSC |
| | ) | |
| JOSHUA WAYNE HESTER | ) | |

**ORDER**

Now pending before the court is the August 31, 2006, Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision (doc. # 23). Before the warrant was executed, the defendant's bond was revoked and he was taken into state custody. Presently, this court has custody of the defendant pursuant to a writ of habeas corpus ad prosequendum. According, it is

**ORDERED** that the petition for a warrant be and is hereby DISMISSED without prejudice.

Done this 22nd day of February, 2007.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE