IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:06-cr-193-MEF |
| ) | |
| JOSHUA WAYNE HESTER ) | |

# **O R D E R**

It is hereby ORDERED that Stephen Roger Glassroth must show cause by **April 9, 2007**, why the Court should not hold him in **contempt of court** pursuant to Federal Rule of Criminal Procedure 42 for failure to appear at his client's sentencing hearing as set by Order of this Court (Doc. # 49).

DONE this the 6th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE