IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-193-MEF |
| | ) | |
| JOSHUA WAYNE HESTER | ) | |

## **O R D E R**

It is hereby ORDERED that this case is set for a sentencing hearing on May 31, 2007 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that a hearing will also be held on May 31, 2007 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama, to address the issue of defense counsel's failure to appear at the April 6, 2007 sentencing hearing.

DONE this 16th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE